1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8

JOSEPH JOHNSON,

9

Plaintiff,

Case No. C19-5593-MLP

10

v.

ORDER

11

COMMISSIONER OF SOCIAL SECURITY,

12

Defendant.

13

14

On February 3, 2020, this Court affirmed the final decision of the Commissioner and

15

dismissed this case with prejudice. (Dkt. ## 15-16.) On February 13, 2020, Plaintiff appealed

16

that decision to the Ninth Circuit. (Dkt. # 17.) On appeal, Defendant filed an unopposed motion

17

to vacate the judgment and to remand the matter to the District Court pursuant to *Carr v. Saul*,

18

141 S. Ct. 1352 (2021), which the Ninth Circuit granted. (Dkt. # 19.)

19

Accordingly, the Court hereby remands this matter to the Social Security Administration

20

for the agency to conduct further proceedings consistent with the Supreme Court's intervening

21

decision in *Carr*.

22

\\

23

\\

ORDER - 1

1        Dated this 14th day of June, 2021.

2

3        _____
         MICHELLE L. PETERSON
         United States Magistrate Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER - 2